HEATHER E. WILLIAMS, Bar #122664
Federal Defender
LISA N. LUMEYA, DC Bar #90017392
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
CHRISTOPHER IAN DURELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:24-PO-00490-HBK |
|---|---|
| Plaintiff, | **APPEARANCE OF COUNSEL OF RECORD AND DESIGNATION OF COUNSEL FOR SERVICE** |
| vs. | |
| CHRISTOPHER IAN DURELL, | |
| Defendant. | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 182, and the Criminal Justice Act Plan for this district, Part VI, paragraph B, I confirm my appearance as counsel of record in this case for CHRISTOPHER IAN DURELL, and designate for service as follows:

> LISA N. LUMEYA
> Assistant Federal Defender
> 2300 Tulare Street, Suite 330
> Fresno, CA 93721-2226
> Telephone: (559) 487-5561

I hereby certify that I am an attorney admitted to practice in this court.

Dated: November 13, 2024

> */s/ Lisa N. Lumeya*
> LISA N. LUMEYA
> Assistant Federal Defender
> Attorney for Defendant
> Christopher Ian Durell