HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LISA N. LUMEYA, DC Bar #90017392
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CHRISTOPHER DURELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:24-po-00490-HBK |
|---|---|
| Plaintiff, | |
| vs. | REQUEST FOR RULE 43 WAIVER OF APPEARANCE; [PROPOSED] ORDER |
| CHRISTOPHER DURELL, | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Christopher Durell, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.[1] Mr. Durell agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Mr. Durell were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times. Mr. Durell further agrees that notice to his attorney that his presence is required will be deemed notice to Mr. Durell of the requirement of his appearance at said time and place.

---

[1] On November 6, 2024, this Court granted Mr. Durell's Motion to Stay pending resolution in *United States v. Nunn*, No. 6:20-PO-00742-HBK. ECF No. 7. Due to the stay, no future status conference was scheduled at the initial appearance. Given that the stay has been lifted and a status conference is now set for June 17, 2025, Mr. Durell respectfully submits this request for a Rule 43 waiver.

DATED:  May 27, 2025                    /s/ Christopher Durell

DATED:  May 27, 2025                    /s/ Lisa Ndembu Lumeya
                                        LISA N. LUMEYA
                                        Assistant Federal Defender
                                        Attorney for CHRISTOPHER DURELL

## [PROPOSED] O R D E R

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Mr. Christopher Durell's appearance be waived at any and all non-substantive proceedings until further order.

IT IS SO ORDERED.

DATED: _____        _____
                                        Hon. Helena Barch-Kuchta
                                        United States Magistrate Judge