HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LISA N. LUMEYA, DC Bar #90017392
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CHRISTOPHER DURELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:24-po-00490-HBK |
| Plaintiff, | |
| vs. | MOTION TO WITHDRAW THE FEDERAL DEFENDER AS COUNSEL AND APPOINT NEW COUNSEL; [PROPOSED] ORDER |
| CHRISTOPHER I. DURELL, | |
| Defendant. | |

Lisa N. Lumeya, Assistant Federal Defender, and counsel of record in the above-captioned case, hereby moves for an order allowing her to withdraw as counsel of record and for reappointment of new counsel to represent defendant Christopher Durell.

On November 6, 2024, Mr. Christopher Durell appeared before this Court for an initial appearance. He entered a plea of not guilty to a violation notice alleging a violation of 36 C.F.R. § 2.17(a)(3), prohibiting "[d]elivering or retrieving a person or object by . . . airborne means," and undersigned counsel was appointed to represent Mr. Durell. The matter was then stayed pending this Court's ruling on a potentially dispositive legal challenge in *United States v. Nunn*, No. 6:20-PO-00742-HBK. On May 14, 2025, this Court lifted the stay following its ruling in *Nunn*, and set a first status conference on June 17, 2025. At the status conference, this Court scheduled a second status conference on August 12, 2025, as well as a bench trial on October 8, 2025.

Based on the probable cause statements in the above captioned case and *United States v. Iosue*, No. 6:24-po-00496-HBK, there did not appear to be a conflict with representing both Mr. Durell and Mr. Iosue. Having now had the opportunity to review the discovery, there is a conflict that prohibits undersigned counsel from representing either Mr. Durell and Mr. Iosue given the extent of communication she has now had with both of them. Accordingly, undersigned counsel respectfully requests that this Court grant her motion to withdraw as counsel and refer the matter back to the Office of the Federal Defender for the appointment of new, and separate, counsel for Mr. Durell and Mr. Iosue.

                                                        Respectfully submitted,

                                                        HEATHER E. WILLIAMS
                                                        Federal Defender

DATED: July 3, 2025                     */s/ Lisa Ndembu Lumeya*
                                                        LISA N. LUMEYA
                                                        Assistant Federal Defender
                                                        Attorneys for Defendant
                                                        CHRISTOPHER I. DURELL

**[PROPOSED] O R D E R**

      IT IS SO ORDERED that counsel of record may withdraw from its representation of CHRISTOPHER DURELL, and that this matter be referred back to the Office of the Federal Defender for the appointment of new, and separate, counsel.

DATED: July____, 2025

                                                                     HON. HELENA BARCH-KUCHTA
                                                                      United States Magistrate Judge