1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                Case No.  6:24-po-00490-HBK

12            Plaintiff,                       ORDER DEFERRING MOTION TO
                                               WITHDRAW AS COUNSEL AND APPOINT
13       v.                                    CJA COUNSEL

14   CHRISTOPHER I. DURELL,                    (Doc. No. 15)

15            Defendant.

16

17

18        On July 3, 2025, the Federal Public Defender submitted a motion seeking to withdraw as

19   counsel and for appointment of counsel from the CJA panel on behalf of Defendant Christopher I.

20   Durell due to "a conflict."  (Doc. No. 15, "Motion").

21        Defendant was issued a Class B misdemeanor citation  alleging a violation of 36 C.F.R. §

22   2.17(a)(3), Delivering or Retrieving a person of Object by Airborne Means (Violation No.

23   E2069964).  (Doc. No. 1).  The Violation required a mandatory appearance.  (*Id*.).

24        This case is set for a second status conference on August 12, 2024 at 10:00 A.M. and a

25   bench trial on October 8, 2025.  The Court defers ruling on the Motion pending further inquiry by

26   the Court at the August 12, 2024 status conference.

27        Accordingly, it is **ORDERED**:

28        1.  The Court defers a ruling on the Motion (Doc. No. 15) pending further inquiry by the

1    Court.

2       2.  The Court rescinds Defendant's Rule 43 waiver (Doc. No. 13).

3       3.  Defendant shall personally appear at the August 12, 2025 status conference and submit

4           an updated Financial Affidavit (CJA-23).

5       4.  The United States shall be prepared to advise the Court at the August 12, 2025 status

6           conference whether it is seeking a term of imprisonment if Defendant is convicted.

7

8    Dated:    July 23, 2025

9                            HELENA M. BARCH-KUCHTA
                            UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28